**Entered on Docket**
**November 16, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Shanda J. Lemay<br><br>Debtor(s) | BK 02-24067 BAM<br>Ch 13<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $676.09 constituting an unclaimed dividend is declared due to Resurgent Capital Services c/o DILKS & KNOPIK.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Resurgent Capital Services
c/o DILKS & KNOPIK
PO Box 2728
Issaquah WA 98027

###